UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
ESTRELLA, ROBERTO P. § Case No. 10-57130
ESTRELLA, MARGARET R. §
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/18/2013 in Courtroom 4016,
          Henry Hyde Judicial Office Facility
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/16/2013           By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                        §
                              §
ESTRELLA, ROBERTO P.          §       Case No. 10-57130
ESTRELLA, MARGARET R.         §
                              §
        Debtor(s)             §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.20 |
| and approved disbursements of | $ | 67.75 |
| leaving a balance on hand of[1] | $ | 7,432.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,433.35 | $ 0.00 | $ 1,433.35 |
| Other: Intrenational Sureties Ltd. | $ 4.84 | $ 4.84 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses        $    1,433.35
    Remaining Balance                                             $    5,999.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,230.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Recovery Associates LLC | $ 4,269.30 | $ 0.00 | $ 4,269.30 |
| 2 | Portfolio Recovery Associates LLC | $ 960.86 | $ 0.00 | $ 960.86 |

Total to be paid to timely general unsecured creditors   $   5,230.16

Remaining Balance   $   768.94

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 35.55 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 733.39 .

Prepared By: /s/Brenda Porter Helms
                                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Roberto P. Estrella
Margaret R. Estrella
    Debtors

Case No. 10-57130-DRC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1　　　　User: acox　　　　　　Page 1 of 1　　　　　　Date Rcvd: Sep 17, 2013
　　　　　　　　　　　　　Form ID: pdf006　　　Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2013.
```
db/jdb       +Roberto P. Estrella,    Margaret R. Estrella,    1960 Concord Drive,    Downers Grove, IL 60516-3178
16602477     +BAC HOME LOANS SERVICI,    450 AMERICAN ST,    SIMI VALLEY, CA 93065-6285
16602478     +BARCLAYS BANK DELAWARE,    125 S WEST ST,    WILMINGTON, DE 19801-5014
16602480     +CITIFINANCIAL,    300 SAINT PAUL PL,    BALTIMORE, MD 21202-2120
16602481     +FFCC-COLUMBUS INC,    1550 OLD HENDERSON RD ST,    COLUMBUS, OH 43220-3626
20711407      GE Capital - Lowes Visa Platinum,    Capital Recovery IV LLC,
               Recovery Mgmt Systems Corp - Attn: Singh,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
16602485     +MAIN STREET ACQUISITON,    2877 PARADISE RD UNIT 30,    LAS VEGAS, NV 89109-5236
17762087    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One Bank,
               POB 41067,    Norfolk VA 23541)
16602487     +PORTFOLIO RECVRY&AFFIL,    120 CORPORATE BLVD STE 1,    NORFOLK, VA 23502-4962
16602486     +Pierce & Associates,    1 N. Dearborn Street, Suite 1300,    Chicago, IL 60602-4373
16602488     +Richard A. Snow,    123 W. Madison Street, Suite 310,    Chicago, IL 60602-4847
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16602482     +E-mail/Text: bkynotice@harvardcollect.com Sep 18 2013 01:38:24     HARVARD COLL,    4839 N ELSTON,
               CHICAGO, IL 60630-2589
16602483     +E-mail/Text: Bankruptcy@icsystem.com Sep 18 2013 01:40:19      I C SYSTEM INC,    PO BOX 64378,
               SAINT PAUL, MN 55164-0378
16602484     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 18 2013 01:35:21       LVNV FUNDING LLC,
               PO BOX 740281,    HOUSTON, TX 77274-0281
                                                                                               TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17762068*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Wickes Furniture,
               POB 41067,    Norfolk VA 23541)
16602479    ##+CITI CTB,    PO BOX 22066,    TEMPE, AZ 85285-2066
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2013　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2013 at the address(es) listed below:
```
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Brian J Tharp    on behalf of Debtor Roberto P. Estrella btharp@gundersontharp.com,
               mgunderson@gundersontharp.com
              Brian J Tharp    on behalf of Joint Debtor Margaret R. Estrella btharp@gundersontharp.com,
               mgunderson@gundersontharp.com
              Dana N O'Brien    on behalf of Creditor    Bank of America, N.A. dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 5
```