# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
ESTRELLA, ROBERTO P.                §     Case No. 10-57130
ESTRELLA, MARGARET R.               §
                                    §
          Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
|   PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By: /s/BRENDA PORTER HELMS, TRUSTEE _____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| Roberto and Margaret Estrella |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loan |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citifinancial | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware | | | | | |
| | CitiCTB | | | | | |
| | FFCC-Columbus Inc | | | | | |
| | Harvard Coll | | | | | |
| | IC System Inc. | | | | | |
| | LVNV Funding LLC | | | | | |
| | Main Street Acquisition | | | | | |
| 2 | PORTFOLIO RECOVERY ASSOCIATES LLC | | | | | |
| 1 | RECOVERY ASSOCIATES LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PORTFOLIO RECOVERY ASSOCIATES LLC | | | | | |
| | RECOVERY ASSOCIATES LLC | | | | | |
| | ROBERTO AND MARGARET ESTRELLA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-57130 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ESTRELLA, ROBERTO P. | | Date Filed (f) or Converted (c): | 12/29/10 (f) |
| | ESTRELLA, MARGARET R. | | 341(a) Meeting Date: | 03/01/11 |
| For Period Ending: | 11/08/13 | | Claims Bar Date: | 10/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 370,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL PROPERTY | 8,500.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 1,450.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 300.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 1,400.00 | 0.00 | | 0.00 | FA |
| 7. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 8. PENSION PLANS AND PROFIT SHARING | 83,000.00 | 0.00 | | 0.00 | FA |
| 9. STOCK AND BUSINESS INTERESTS | 480.00 | 0.00 | | 0.00 | FA |
| 10. 2006 TOYOTA SCION | 5,950.00 | 0.00 | | 0.00 | FA |
| 11. 2006 HONDA CIVIC | 8,050.00 | 0.00 | | 7,000.00 | FA |
| 12. 2000 TOYOTA CAMRY | 4,500.00 | 0.00 | | 500.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.20 | Unknown |
| TOTALS (Excluding Unknown Values) | $485,630.00 | $0.00 | | $7,500.20 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution checks have been issued. Trustee is waiting for -0- balance bank statement

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-57130 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ESTRELLA, ROBERTO P. | Bank Name: | ASSOCIATED BANK |
| | ESTRELLA, MARGARET R. | Account Number / CD #: | *******1319  Checking - Non Interest |
| Taxpayer ID No: | *******6854 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | | | | 2,470.17 | 2,470.17 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -0.86 | | 2,469.31 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -1.57 | | 2,467.74 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -1.52 | | 2,466.22 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -1.57 | | 2,464.65 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 2,454.65 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | | | 2.20 | | | 2,452.45 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 2,442.45 |
| 04/03/13 | | Margaret Estrella<br>1960 Concord Dr<br>Downers Grove IL 60516 | debtors equity in vehicles | 5,000.00 | | | | | 7,442.45 |
| 04/03/13 | 11 | Asset Sales Memo: | 2006 HONDA CIVIC  $5,000.00 | | | | | | 7,442.45 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 7,432.45 |
| 10/02/13 | 010002 | Brenda Porter Helms | TRUSTEE FEE | | | 1,433.35 | | | 5,999.10 |
| 10/02/13 | 010003 | Portfolio Recovery Associates LLC<br>c/o Wickes Furniture<br>P.O. Box 41067<br>Norfolk VA 23541 | Final Distribution | | | 4,269.30 | | | 1,729.80 |
| 10/02/13 | 010004 | Portfolio Recovery Associates LLC<br>c/o Capital One Bank<br>P.O. Box 41067<br>Norfolk VA 23541 | Final Distribution | | | 960.86 | | | 768.94 |
| 10/02/13 | 010005 | Roberto and Margaret Estrella | Final Distribution | | | 733.39 | | | 35.55 |
| 10/02/13 | 010006 | Portfolio Recovery Associates LLC<br>c/o Wickes Furniture<br>P.O. Box 41067<br>Norfolk VA 23541 | INTEREST EARNED | | | 25.45 | | | 10.10 |
| 10/02/13 | 010007 | Portfolio Recovery Associates LLC<br>c/o Capital One Bank<br>P.O. Box 41067<br>Norfolk VA 23541 | INTEREST EARNED | | | 5.73 | | | 4.37 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-57130 -CAS |
| Case Name: | ESTRELLA, ROBERTO P. |
| | ESTRELLA, MARGARET R. |
| Taxpayer ID No: | *******6854 |
| For Period Ending: | 11/08/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1319 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 10/02/13 | 010008 | Roberto and Margaret Estrella | INTEREST EARNED | | | 4.37 | | | 0.00 |

| Account *******1319 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 Deposits | | 5,000.00 | 8 Checks | | 7,434.65 |
| 0 Interest Postings | | 0.00 | 7 Adjustments Out | | 35.52 |
| | Subtotal | $ 5,000.00 | 0 Transfers Out | | 0.00 |
| 0 Adjustments In | | 0.00 | | Total | $ 7,470.17 |
| 1 Transfers In | | 2,470.17 | | | |
| | Total | $ 7,470.17 | | | |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.03a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-57130 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ESTRELLA, ROBERTO P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | ESTRELLA, MARGARET R. | | Account Number / CD #: | *******6038 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6854 | | | |
| For Period Ending: | 11/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/28/11 | | Estrella<br>1960 Concord Dr<br>Downers Gorve IL 60516 | debtor's equity in vehicles | 500.00 | | | | | 500.00 |
| 09/28/11 | 11 | Asset Sales Memo: | 2006 HONDA CIVIC  $500.00 | | | | | | 500.00 |
| 10/18/11 | | Estrella<br>1960 Concord Dr<br>Downers Grove IL 60516 | debtors equity in vehicles | 500.00 | | | | | 1,000.00 |
| 10/18/11 | 11 | Asset Sales Memo: | 2006 HONDA CIVIC  $500.00 | | | | | | 1,000.00 |
| 10/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.01 | | | | 1,000.01 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -0.76 | | 999.25 |
| 11/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.01 | | | | 999.26 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -1.23 | | 998.03 |
| 12/01/11 | | Roberto Estrella | debtors equity in vehicles | 500.00 | | | | | 1,498.03 |
| 12/01/11 | 11 | Asset Sales Memo: | 2006 HONDA CIVIC  $500.00 | | | | | | 1,498.03 |
| 12/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.01 | | | | 1,498.04 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -1.72 | | 1,496.32 |
| 01/05/12 | | Roberto Estrella | debtors equity in vehicles | 500.00 | | | | | 1,996.32 |
| 01/05/12 | 11 | Asset Sales Memo: | 2006 HONDA CIVIC  $500.00 | | | | | | 1,996.32 |
| 01/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 1,996.34 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -2.39 | | 1,993.95 |
| 02/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 1,993.97 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | | | 2.64 | | | 1,991.33 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -2.37 | | 1,988.96 |
| 03/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 1,988.98 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -2.45 | | 1,986.53 |
| 04/20/12 | | Roberto Estrella | debtor's equity in vehicles | 500.00 | | | | | 2,486.53 |
| 04/20/12 | 12 | Asset Sales Memo: | 2000 TOYOTA CAMRY  $500.00 | | | | | | 2,486.53 |
| 04/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 2,486.55 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -2.65 | | 2,483.90 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.03a

FORM 2                                                                                                                                           Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                                      Exhibit 9

| Case No: | 10-57130 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ESTRELLA, ROBERTO P. | Bank Name: | BANK OF AMERICA, N.A. |
|  | ESTRELLA, MARGARET R. | Account Number / CD #: | *******6038  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6854 |  |  |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 05/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 0.02 |  |  |  | 2,483.92 |
| 05/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE |  |  |  | -3.16 |  | 2,480.76 |
| 06/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 0.02 |  |  |  | 2,480.78 |
| 06/29/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE |  |  |  | -2.95 |  | 2,477.83 |
| 07/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 0.02 |  |  |  | 2,477.85 |
| 07/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE |  |  |  | -3.25 |  | 2,474.60 |
| 08/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 0.02 |  |  |  | 2,474.62 |
| 08/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE |  |  |  | -3.14 |  | 2,471.48 |
| 09/14/12 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK |  | 0.01 |  |  |  | 2,471.49 |
| 09/14/12 |  | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES |  |  |  | -1.32 |  | 2,470.17 |
| 09/14/12 |  | Trsf To ASSOCIATED BANK | FINAL TRANSFER |  |  |  |  | -2,470.17 | 0.00 |

| Account *******6038 | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|
| 5 | Deposits | 2,500.00 | 1 | Checks | 2.64 |
| 12 | Interest Postings | 0.20 | 12 | Adjustments Out | 27.39 |
|  |  |  | 1 | Transfers Out | 2,470.17 |
|  | Subtotal | $ 2,500.20 |  |  |  |
|  |  |  |  | Total | $ 2,500.20 |
| 0 | Adjustments In | 0.00 |  |  |  |
| 0 | Transfers In | 0.00 |  |  |  |
|  | Total | $ 2,500.20 |  |  |  |

LFORM2XT                                                                                                                                Ver: 17.03a
UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-57130 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ESTRELLA, ROBERTO P. | Bank Name: | BANK OF AMERICA, N.A. |
| | ESTRELLA, MARGARET R. | Account Number / CD #: | *******6038  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6854 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

Report Totals

| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 6 | Deposits | 7,500.00 | 9 Checks  7,437.29 |
| 12 | Interest Postings | 0.20 | 19 Adjustments Out  62.91 |
| | | | 1 Transfers Out  2,470.17 |
| | Subtotal | $ 7,500.20 | |
| | | | Total  $ 9,970.37 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 2,470.17 | |
| | Total | $ 9,970.37 | Net Total Balance  $ 0.00 |

                /s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 11/08/13
              BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.03a